**FILED**

March 28, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)                    Case No. 3:06-cr-11 CMK
Plaintiff, )
v. )                    ORDER FOR RELEASE OF
)                    PERSON IN CUSTODY
William Richard Wishon, )
)
_____ )
Defendant.

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release William Richard Wishon  Case No. 3:06-cr-11

CMK  from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

        —     Release on Personal Recognizance

        —     Bail Posted in the Sum of _____

        X     $25,000 Unsecured Appearance Bond

        —     Appearance Bond with 10% Deposit

        —     Appearance Bond secured by Real Property

        —     Corporate Surety Bail Bond

        X     (Other) PTS conditions/supervision _____

Issued at Sacramento, CA  on 3/28/06 _____ at  2:50 pm

By _____

Kimberly J. Mueller
United States Magistrate Judge